SCWC-11-0000814

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

CHONG HUNG HAN, Petitioner/Defendant-Appellant.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000814; FC-CR. NO. 10-1-1098)

ORDER OF CORRECTION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon review of the Opinion of the court filed on June 19, 2013, it appears that sections VIII and IX are repetitive. Therefore,

IT IS HEREBY ORDERED that part of section IX (lines 5-12 on page 23 and lines 1-6 on page 24) is deleted. The subsequent section roman numerals are changed to reflect the deletion. Additionally, in footnote 8, lines 1-3 are deleted.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, July 31, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

